IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BHUPEN PATEL, et al., ) | |
| ) | Case No. 3:13-0463 |
| v. ) | JUDGE SHARP |
| ) | |
| NAUTILUS INSURANCE COMPANY ) | |
| ) | |

### O R D E R

Pursuant to the Stipulation of Voluntary Dismissal (Docket No. 11) filed by the parties, this action is hereby dismissed with prejudice pursuant to Rules 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

_/s/ Kevin H. Sharp_
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE